UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY MCMILLIAN,

    Petitioner,

v.                                               Case No. 4:25-cv-181-TKW-HTC

RICKY D. DIXON,

    Respondent.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 16) and Petitioner's objections (Doc. 17). The Court reviewed the issues raised in the objection de novo under 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that Petitioner's §2254 habeas petition was not timely filed. *See Bravo v. Sec'y, Dep't of Corr.*, 2022 WL 17668456, at *1 (N.D. Fla. Dec. 14, 2022) (finding that "§2254 clock" started at end of the 30-day period to seek Florida Supreme Court review when the defendant's judgment is affirmed by the district court of appeal in a written opinion rather than an unelaborated per curiam affirmance because "[t]he issue is not … whether the Florida Supreme Court likely would have accepted discretionary review; the issue is whether there was an opportunity for further review"), *certificate of appealability denied*, 2023 WL

9324734 (11th Cir. July 13, 2023). The Court also agrees that a certificate of appealability should be denied.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss (Doc. 12) is GRANTED, and Petitioner's §2254 habeas petition is DISMISSED with prejudice as untimely.

3. A certificate of appealability is DENIED.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 6th day of February, 2026.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**